AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-CV-01330-YK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* YELP, INC. C/O NATIONAL REGISTERED AGENTS, INC., REGISTERED AGENT was received by me on *(date)* Aug 7, 2024 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Sequeira Lavender, Process Specialist, NATIONAL REGISTERED AGENTS, INC. , who is designated by law to accept service of process on behalf of *(name of organization)* YELP, INC. AT 155 FEDERAL STREET, STE 700, BOSTON, MA 02110 on *(date)* Fri, Aug 09 2024 @ 1:02PM ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $ .

I declare under penalty of perjury that this information is true.

Date: 08/09/2024

*Server's signature*

WILLIAM H. DEWSNAP, III Process Server and Disinterested Person

*Printed name and title*

92 State Street 8th Floor, Boston, MA 02109

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Aug 9, 2024, 1:02 pm EDT at 155 FEDERAL ST STE 700, BOSTON, MA 02110 received by Sequeira Lavender, Process Specialist .

**Documents Served:** SUMMONS IN A CIVIL ACTION; AND PLAINTIFF'S CLASS ACTION COMPLAINT