IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YELP, INC.,<br><br>Defendant. | CASE NO. 1:24-cv-01330-CCC |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT**

AND NOW, this _____ day of _____, 2024, upon consideration of Defendant Yelp, Inc.'s Unopposed Motion to Extend Time to Respond to Plaintiff's Class Action Complaint ("Motion") and Plaintiff's consent thereto, it is HEREBY ORDERED AND DECREED that the Motion is GRANTED.

Defendant Yelp, Inc., shall have until **September 30, 2024** to respond to Plaintiff's Class Action Complaint.

_____
Hon. Christopher C. Conner
United States District Judge