**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YELP, INC., | CASE NO. 1:24-cv-01330-CCC |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND**
**TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6, Defendant Yelp, Inc. respectfully moves this Court for a two-week extension of time (through Monday, October 14, 2024) to answer or otherwise respond to Plaintiff Leon Weingrad's Class Action Complaint ("Complaint") (ECF No. 1). Defendant states as follows in support:

1. Plaintiff filed the instant Complaint on August 7, 2024. (ECF No. 1.)

2. Defendant was not served until August 9, 2024. (ECF No. 4.)

3. Consequently, Defendant's deadline to respond to the same was originally August 30, 2024. *See id.*; FED. R. CIV. P. 12(a)(1)(A) (21 days to respond to complaint from service on Defendant).

4. The Court granted Yelp an extension of time to respond to the Complaint through Monday, September 30, 2024. (ECF 8).

5. The parties have begun negotiations attempting to resolve this matter without judicial intervention.

6. The parties are actively discussing their respective positions on whether this Court has jurisdiction over this matter.

7. Yelp's outside counsel is impacted by Hurricane Helene, and many in its law firm are without power.

8. The Court has not yet entered a scheduling order. The extension will therefore have no impact on the case schedule.

9. Defendant has conferred with Plaintiff's counsel, who advised that Plaintiff does not oppose the extension. Accordingly, the extension will not prejudice Plaintiff.

10. This request is made in good faith and not for purposes of delay.

11. This request comes before Yelp's current deadline to respond to the Complaint.

12. In light of the foregoing, good cause exists to extend the time for Defendant to respond to the Complaint. *See, e.g.*, *Petrucelli v. Bohringer & Ratzinger*, 46 F.3d 1298 (3d Cir. 1995) (explaining that extensions should be granted when good cause is shown); FED. R. CIV. P. 6 ("[T]he court may, for good cause,

extend the time [] if a request is made, before the original time or its extension expires[.]”).

WHEREFORE, Yelp respectfully requests that the Court grant this motion and allow it until Monday, **October 14, 2024** to answer, move, or otherwise respond to the Complaint.

DATED: September 27, 2024

Respectfully submitted,

*/s/ Matthew A. Lipman*
Matthew A. Lipman, PA 86892
mlipman@mdmc-law.com
**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
1617 JFK Boulevard, Suite 1500
Philadelphia, Pennsylvania 19103-1815
Tel: (215) 557-2900
Fax: (215) 557-2990

*Counsel for Defendant*

**LOCAL RULE 7.01 CERTIFICATION**

Pursuant to Local Rule 7.01, counsel for Defendant certifies that counsel for Defendant conferred with counsel for Plaintiff regarding this motion. Plaintiff's counsel advised that Plaintiff does not oppose the relief requested herein.

*/s/ Matthew A. Lipman*
Matthew A. Lipman

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2024, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Matthew A. Lipman*
Matthew A. Lipman