IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YELP, INC.,<br><br>　　　　　Defendant. | CASE NO. 1:24-cv-01330-YK<br><br>Judge Christopher C. Conner |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME
TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT**

　　　　AND NOW, this _____ day of _____, 2024, upon consideration of Defendant Yelp, Inc.'s Unopposed Motion to Extend Time to Respond to Plaintiff's Class Action Complaint ("Motion") and Plaintiff's consent thereto, it is HEREBY ORDERED AND DECREED that the Motion is GRANTED.

　　　　Defendant Yelp, Inc., shall have until **October 14, 2024** to respond to Plaintiff's Class Action Complaint.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Christopher C. Conner
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge